Ashley ROSSA, A Minor through her Mother, Patricia ROSSA, Respondent,

v.

WORKERS' COMPENSATION APPEAL BOARD (CITY OF PHILADELPHIA).

Petition of City of Philadelphia.

Supreme Court of Pennsylvania.

Sept. 25, 2002.

### ORDER

PER CURIAM.

AND NOW, this 25th day of September, 2002, the Petition for Allowance of Appeal is hereby **GRANTED,** limited to the following issues:

1) Whether a Workers' Compensation Judge has authority to determine paternity.

2) If such authority exists, and in consideration of the factors set forth in *Minnich v. Rivera,* 509 Pa. 588, 506 A.2d 879 (1986), what is the applicable standard of proof for paternity determinations in Workers' Compensation proceedings?

The City of Philadelphia's Petition for Supersedeas is **DENIED.**